UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br>    Plaintiff, <br><br> v. <br><br> **Build-A-Bear Workshop, Inc.,** a Delaware Corporation; <br><br> and Does 1-10, <br><br>    Defendant. | **Case No**. 2:21-cv-00472-WBS-DB <br><br> **ORDER** |

Having read the forgoing stipulation, GOOD CAUSE APPEARING it is hereby ORDERED that the mediation completion date be continued from September 27, 2021 to October 27, 2021.  The Scheduling Conference is continued from October 25, 2021 to **November 22, 2021 at 1:30 p.m.**  The parties shall file an amended joint status report regarding the results of the mediation no later than **November 8, 2021**.   If a settlement is not reached through VDRP by that date, the amended joint status report shall also comply with the Court's [3] Order Re: Status (Pretrial Scheduling) Conference filed March 16, 2021.

Dated:  September 28, 2021

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE