UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br>    Plaintiff, <br><br>    v. <br><br> **Build-A-Bear Workshop, Inc.**, a Delaware Corporation; <br><br> and Does 1-10, <br><br>    Defendant. | **Case No**. 2:21-cv-00472-WBS-DB <br><br> **ORDER** |

Having read the forgoing stipulation, GOOD CAUSE APPEARING it is hereby ORDERED that the mediation completion date be continued from October 27, 2021 to November 27, 2021.  The Scheduling Conference is reset for **December 20, 2021 at 1:30 p.m.**    If a settlement is not reached through mediation, the parties shall submit an Amended Joint Status Report no later than **December 6, 2021.**

Dated:  October 22, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE