UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUILD-A-BEAR WORKSHOP, INC., a Delaware Corporation<br><br>　　　　Defendants. | Case No.: 2:21-cv-00472-WBS-DB<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal no later than **January 31, 2022**, or a joint status report if settlement has not been finalized by that date. The Scheduling Conference is continued to **February 14, 2022 at 1:30 p.m.**

**IT IS SO ORDERED.**

**Dated: November 2, 2021**

　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Notice of Settlement　　　　-1-　　　　2:21-cv-00472-WBS-DB